ERNEST E. PETERSON, Appellant, *v.* THE OCEAN ELECTRIC RAILWAY COMPANY, Respondent.

*Peterson* v. *Ocean Electric Railway Co.*, 161 App. Div. 730, affirmed.

(Argued January 12, 1915; decided January 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1914, upon an order reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for loss of services and expenses alleged to have been sustained by plaintiff by reason of personal injuries sustained by his wife through the defendant's negligence.

*Albert Haight* and *Louis Steckler* for appellant.

*Alfred A. Gardner* and *Joseph F. Keany* for respondent.

Judgment affirmed, with costs, on authority of *Peterson* v. *Ocean Electric Ry. Co.* (214 N. Y. 43).

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. SEABURY, J., dissents on the ground that the plaintiff's wife was not, as matter of law, guilty of contributory negligence.